IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BILLIE JOE CHAPMAN, | ) | 8:15CV259 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM AND ORDER** |
| CHIEF EXECUTIVE OFFICER, (John Doe), JOHN DOE 2, Booking Officers, JOHN DOE 3, JOHN DOE 4, and JANE DOE 5, | ) | |
| Defendants. | ) | |

Plaintiff Billie Joe Chapman filed a Motion (Filing No. 13) seeking reconsideration of the court's order denying the appointment of counsel. However, this case is closed and Chapman is not entitled to appointment of counsel in this case. IT IS THEREFORE ORDERED that: Chapman's Motion (Filing No. 13) is denied.

DATED this 4th day of November, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.